DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JORGE DEOLEO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D23-375

[March 30, 2023]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrew L. Siegel, Judge; L.T. Case No. 09007056CF10B.

Ana M. Davide of Ana M. Davide, P.A., Coral Gables, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., MAY and FORST, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***